UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| DIMITRIOS SAVVIDIS | ) | Case No. 23-11341-JEB |
|     Debtor | ) | |

---

## NOTICE OF AMENDMENT TO SCHEDULES

Pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, the above captioned Debtor submits the following amendment to Schedules:

Schedule B is amended to the Amended Schedule B filed contemporaneously herewith to change the following:

Question 17 - the value of the Coinbase account has been updated to $86.80.

Question 21 listed a retirement account with the USPS with a value of $17,000.00.  That value has been updated to $19,712.33 per a statement ending 9/30/23.

Schedule C is amended to the Amended Schedule C filed contemporaneously herewith to update the amount of the exemption for the retirement account with the USPS.

I, Dimitrios Savvidis, declare under penalty of perjury that I have read the aforementioned Amendment, and Amended Schedules attached hereto and that they are true and correct to the best of my knowledge and belief.

Dated:  __09/13/2023_____          *Dimitrios Savvidis*
                                                                         Dimitrios Savvidis

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on September __13__, 2023, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Notice and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Mark G. DeGiacomo**   mdegiacomo@murthalaw.com, MA42@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com
- **Richard King - B**   USTPRegion01.BO.ECF@USDOJ.GOV

/s/Gary W. Cruickshank, Esq.